**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:07-CR-169-RL-PRC |
| | ) | |
| ANTHONY K. MCDONALD, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A PLEA OF GUILTY BY DEFENDANT ANTHONY K MCDONALD**

TO:   THE HONORABLE RUDY LOZANO,  JUDGE,
       UNITED STATES DISTRICT COURT

Upon Defendant Anthony K. McDonald's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 3, 2009, with the consent of Defendant Anthony K. McDonald, counsel for Defendant Anthony K. McDonald, and counsel for the United States of America.

The hearing on Defendant Anthony K. McDonald's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Anthony K. McDonald under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Anthony K. McDonald,

I FIND as follows:

(1) that Defendant Anthony K. McDonald understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Anthony K. McDonald understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse

witnesses, and his right against compelled self-incrimination;

(3) that Defendant Anthony K. McDonald understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Anthony K. McDonald understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Anthony K. McDonald has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Anthony K. McDonald is competent to plead guilty;

(6) that Defendant Anthony K. McDonald understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Anthony K. McDonald's plea; and further,

I RECOMMEND that the Court accept Anthony K. McDonald's plea of guilty to the offense charged in Count 14 of the Indictment and that Defendant Anthony K. McDonald be adjudged guilty of the offense charged in Count 14 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Anthony K. McDonald be adjudged guilty, sentencing will be held **May 28, 2009, at 10:00 a.m.** in the Hammond Division, before Judge Rudy Lozano. Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

So ORDERED this 3rd day of March, 2009.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Honorable Rudy Lozano