**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:07-CR-169 |
| ) | |
| ANTHONY K. MCDONALD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty By Defendant Anthony K. McDonald (D.E. # 32), filed on March 3, 2009. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Anthony K. McDonald's plea of guilty, and **FINDS** the Defendant guilty of Count 14 of the Indictment, in violation of Title 18 U.S.C. § 1343.

**DATED: March 24, 2009**                         /s/RUDY LOZANO, Judge
                                                  **United States District Court**